**Order entered October 7, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00588-CR

### TRENT LEE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-45216-M**

## ORDER

We **REINSTATE** this appeal.

On August 11, 2016, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On October 3, 2016, we received the reporter's record. Because findings are no longer necessary, we **VACATE** the August 11, 2016 order.

We **ORDER** the reporter's record filed as of the date of this order.

/s/ LANA MYERS
   JUSTICE